# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        **Case No. 04-CR-66**

  -vs-

**JEFFREY G. COLEMAN,**

        **Defendant.**

## ORDER

Before the Court is defendant Jeffrey G. Coleman's ("Coleman") motion to withdraw his guilty plea entered into on February 3, 2005.

The Court has read the briefs submitted and the relevant transcripts and rules as follows. Coleman's motion is denied.

Coleman has failed to set forth a "fair and just" reason for withdrawal of his plea.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

    1. Coleman's motion to withdraw is denied.

    2. Coleman will be sentenced on July 6, 2006.

    3. The pre-sentence report writer shall confer with Coleman one more time to determine if he wishes to be interviewed for the Presentence Report. If Coleman continues to decline said interview, the Presentence Report shall be drafted without said report from Coleman.

Dated at Milwaukee, Wisconsin, this 31st day of May, 2006.

        **SO ORDERED,**

        s/ Rudolph T. Randa
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**