UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

    5.                                           Case No. 04-CR-66

JEFFREY COLEMAN,

    Defendants.

**PROPOSED ORDER**

Based on the government's motion to dismiss, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the information in this matter is hereby dismissed without prejudice.

Dated this 13th day of July, 2006.

                                            s/ Rudolph T. Randa
                                            RUDOLPH T. RANDA
                                            Chief United States District Judge