UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 04-CR-66

    vs.

JEFFREY G. COLEMAN,

        Defendant.
_____

## **PRELIMINARY ORDER OF FORFEITURE**
_____

    Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and in consideration of the guilty plea of the above-named defendant to Count One of the Second Superseding Indictment, the Court finds that the interest of the defendant in the property listed as item (19) in the forfeiture provision of the Second Superseding Indictment filed on September 14, 2004 shall be forfeited;

    IT IS HEREBY ORDERED that any right, title and interest of the defendant in the property described below is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853:

        1.    A white gold diamond cross suspended on a platinum link-style chain seized from Jeffrey Coleman on March 11, 2004.

    IT IS FURTHER ORDERED that the above item shall be seized forthwith by the United States Marshal for the Eastern District of Wisconsin, or its duly authorized representative.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the property according to law.

IT IS FURTHER ORDERED that this Order be incorporated by reference in the defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 25th day of July, 2006.

      s/ Rudolph T. Randa
      HON. RUDOLPH T. RANDA
      CHIEF JUDGE