# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,                      Case No. 04-CR-66

    vs.

JEFFREY G. COLEMAN,

    Defendant.

## FINAL ORDER AND JUDGMENT

The Court, having considered the motion of the United States of America together with the affidavit of Assistant United States Attorney Gregory J. Haanstad, and being satisfied that the terms and provisions of Title 21, United States Code, Section 853 have been satisfied,

IT IS HEREBY ORDERED that the white gold diamond cross suspended on a platinum link-style chain seized from Jeffrey Coleman on March 11, 2004, is forfeited to the United States and may be disposed of according to law.

Dated at Milwaukee, Wisconsin, this 8th day of November, 2006.

                                               s/ Rudolph T. Randa
                                               HON. RUDOLPH T. RANDA
                                               Chief Judge