UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Case No. 04-CR-66

JEFFREY COLEMAN,

    Defendant.

## ORDER ON DEFENDANT COLEMAN'S
## MOTION FOR BOND PENDING REVOCATION HEARING

In Case No. 04-CR-66, Jeffrey Coleman was convicted of Conspiracy to Possess with Intent to Distribute Five Kilograms of Cocaine. On March 16, 2021, Coleman was charged in a new complaint with conspiracy to possess with intent distribute five kilograms or more of a mixture and substance containing cocaine and was ultimately indicted of the same in Case No. 21-CR-70 (Docket # 15).

On March 19, 2021, after conducting a detention hearing in Case No. 21-CR-70, I ordered Coleman detained pending trial. (Docket # 11 in Case No. 21-CR-70). On March 29, 2021 Coleman appeared for an initial appearance on a petition to revoke his supervised release in Case No. 04-CR-66. Having detained Coleman in the new case, Case No. 21-CR-70, I also detained him pending his revocation hearing in Case No. 04-CR-66. (Docket # 341.) On August 2, 2022, Coleman filed a motion for release pending the revocation hearing on the grounds that the indictment against him in Case No. 21-CR-70 has now been dismissed.

(Docket # 346.) On August 11, 2022, I entered an order giving the government until August 15, 2022 to respond to Coleman's motion. The government has not filed a response. Having reviewed Coleman's motion, the original Pre-Trial Services report, and the entirety of the dockets in the two cases, pursuant to 18 U.S.C. § 3142(f), I find that the dismissal of the indictment warrants reconsideration of detaining Coleman pending the revocation hearing. Further, after reviewing the factors under § 3142(g), I find that there is a combination of conditions that can reasonably assure Coleman's appearance for the revocation hearing and the protection of the community. Accordingly, Coleman is ordered released on the following conditions:

1. Coleman shall report to Pretrial Services as directed.
2. Coleman's travel is restricted to the Eastern District of Wisconsin, unless approved by Pretrial Services.
3. Coleman is not to possess any firearms or other dangerous weapons.
4. Coleman shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
5. Coleman shall participate in a program of testing for drug and alcohol abuse as approved by the Pretrial Services Officer. The defendant shall pay costs as directed by Pretrial Services.
6. Coleman shall participate in residential or outpatient drug treatment as directed by Pretrial Services. The defendant shall pay the cost of this program as directed by Pretrial Services.
7. Coleman is not to have any contact with co-defendants, victims, or witnesses.

8. Coleman shall participate in the Location Monitoring Program utilizing radio frequency ("RF") monitoring and shall abide by all technology requirements. Coleman shall be restricted to his residence at all times except for employment, education, religious services, medical, substance abuse, mental health treatment, attorney visits, court appearances, court ordered obligations, or other activities as approved by the officer (Home Detention). Coleman shall follow all program rules and pay all or part of the costs of participation in the location monitoring program as directed by the Court and/or the officer.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Coleman's motion for bond pending his revocation hearing (Docket # 346) is hereby **GRANTED**.

Dated this 16th day of August, 2022, at Milwaukee, Wisconsin.

_____
NANCY JOSEPH
United States Magistrate Judge

3

Case 2:04-cr-00066-BHL   Filed 08/16/22   Page 3 of 3   Document 351